IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                PLAINTIFF

v.                                  No. 3:15-cv-38-DPM-JTR

BRETT DUNCAN, and
CRAIGHEAD COUNTY DETENTION CENTER                    DEFENDANTS

ORDER

Addison has another pending case, № 3:15-cv-42-DPM, where his address is current. The Court directs the Clerk to update his address and send this Order and an *in forma pauperis* application to Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432. Addison must either complete and return the application, or pay the $400.00 filing fee, by 15 May 2015. Failure to do so will result in the dismissal of his case without prejudice. LOCAL RULE 5.5(c). Addison must keep his address current in this case too or it will be dismissed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 April 2015