# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICHOLAS ADDISON                                                                          PLAINTIFF

V.                                    3:15CV00038 JTR

BRETT DUNCAN, Administrator,
Craighead County Detention Center                                                     DEFENDANT

## JUDGMENT[1]

Consistent with the Order of Dismissal entered separately today, this case is DISMISSED, WITHOUT PREJUDICE. The action is terminated, and it is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 12th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 17, 2015, the parties consented to proceed before a United States Magistrate Judge. *Doc. 22.*